1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

12

13

14

| IN RE THE BOEING COMPANY AIRCRAFT SECURITIES LITIGATION | CASE NO. 2:25-mc-00043-LK<br><br>ORDER  GRANTING MOTION TO TRANSFER MOTION TO QUASH NON-PARTY SUBPOENA TO NORTHERN DISTRICT OF ILLINOIS |
| --- | --- |

15

16

17

18

19

20

        This matter comes before the Court on Darren Jens' Unopposed Motion to Transfer Motion to Quash Non-Party Subpoena to Northern District of Illinois. Dkt. No. 3. Mr. Jens, a retired Boeing engineer, filed a Motion to Quash Non-Party Subpoena served on him by Plaintiffs Public Employees' Retirement System of Mississippi in the underlying matter of *In Re the Boeing Company Aircraft Securities Litigation*, Case No. 1:19-cv-02394, a putative class action pending in the U.S. District Court for the Northern District of Illinois. Dkt. No. 1 at 2–3.

21

22

23

24

        Pursuant to Federal Rule of Civil Procedure 45(f), "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Here, Mr. Jens requests and consents to the transfer, Dkt. No. 3, and circumstances warrant it to "avoid[]

1   piecemeal litigation in multiple fora," *P.H. Glatfelter Co. v. Windward Prospects Ltd.*, 847 F.3d

2   452, 458 (7th Cir. 2017); *see also Parse Biosciences Inc. v. Shendure*, No. 2:24-mc-00065-LK,

3   2024 WL 4710735, at *2 (W.D. Wash. Nov. 7, 2024).

4          Accordingly, the Court GRANTS the Unopposed Motion to Transfer Motion to Quash

5   Non-Party Subpoena to Northern District of Illinois. Dkt. No. 3. The Court directs the Clerk to

6   transfer this matter to the United States District Court for the Northern District of Illinois, in the

7   case captioned *In Re the Boeing Company Aircraft Securities Litigation*, Case No. 1:19-cv-02394

8   (N.D. Ill.), and to close this matter.

9          Dated this 11th day of July, 2025.

10

11                                          Lauren King
                                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER   GRANTING MOTION TO TRANSFER MOTION TO QUASH NON-PARTY SUBPOENA TO
NORTHERN DISTRICT OF ILLINOIS - 2